PAUL J. FISHMAN
UNITED STATES ATTORNEY
JORDAN M. ANGER
ASSISTANT U.S. ATTORNEY
970 BROAD STREET, ROOM 700
NEWARK, NEW JERSEY 07102
(973) 645-2829

May 17, 2012

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEW JERSEY*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | HON. |
| *PLAINTIFF,* | : | ***CRIMINAL No. 99-579*** |
| v. | : | **SATISFACTION OF JUDGMENT** |
| **JOHN NATURALE,** | : | Document filed electronically |
| *DEFENDANT.* | : | |

The Judgment in the above-captioned case having been paid in full, the Clerk of the United States Court for the District of New Jersey is hereby authorized and requested to satisfy and cancel said judgment of record, as to defendant, John Naturale.

PAUL J. FISHMAN
UNITED STATES ATTORNEY


By: s/ JORDAN M. ANGER
JORDAN M. ANGER
ASSISTANT U.S. ATTORNEY

SO ORDERED: /s/ Dickinson R. Debevoise
DATE: May 24, 2012